FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

2018 MAY 22 A 11: 17

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:18-MJ 244 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| KEITH D. GATLING, | ) | Court Date: May 30, 2018 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 7141361)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 10, 2018, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, KEITH D. GATLING, after having been determined an habitual offender on May 13, 1996 by the Virginia Department of Motor Vehicles, and whose privilege to operate a motor vehicle was revoked as a result of that determination, did thereafter drive a motor vehicle on a highway of the Commonwealth while the revocation remained in effect.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-357(A)))

Respectfully Submitted,

Tracy Doherty-McCormick
Acting United States Attorney

Evan P. Clark
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this **22** day of May 2018 to the defendant at:

KEITH D. GATLING
298 4th Ave Apt. 202
Quantico, VA 22134

By: _____
Evan P. Clark
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Evan.Clark@usdoj.gov